THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Bobby Lee
 Burdine, Appellant.
 
 
 

Appeal From Spartanburg County
 Eugene C. Griffith, Jr., Circuit Court
Judge

Unpublished Opinion No.  2011-UP-285  
 Submitted June 1, 2011  Filed June 13,
2011

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General William M. Blitch, Jr., all of
 Columbia; and Solicitor Barry Barnette, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Bobby
 Lee Burdine appeals his conviction for resisting arrest, arguing the circuit
 court erred in denying his motion for a directed verdict because the State
 failed to present sufficient evidence that his underlying arrest was lawful.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C. Code
 Ann. § 16-17-530 (2003) ("Any person who shall . . . be found on any
 highway or public place . . . in a grossly intoxicated condition . . . shall be
 deemed guilty of [public disorderly conduct]."); State v. Williams, 280
 S.C. 305, 306, 312 S.E.2d 555, 556 (1984) (defining public places as
 places "so situated that what passes there can
 be seen by any considerable number of persons, if they happen to look" and
 where "the public has an interest as affecting the safety, health, morals,
 and welfare of the community." (citation and internal quotation marks
 omitted)); State v. Galloway, 305 S.C. 258, 263, 407 S.E.2d 662,
 665 (Ct. App. 1991) (holding that, "in the light most favorable to the
 State, the officers' testimony [at trial] established the existence of probable
 cause to arrest" the defendant, who was charged with resisting arrest).
AFFIRMED.
FEW, C.J., PIEPER and LOCKEMY,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.